AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

Southern **District of** New York

Jamal Altowaiti, et al.

Plaintiff (s),

V.

Chad Wolf, et al.

Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 18 Civ. 508 (ER)

Notice is hereby given that, subject to approval by the court, **Defendants** substitutes (Party (s) Name)

Joshua Evan Kahane , State Bar No. 5401898 as counsel of record in
(Name of New Attorney)

place of Kirti Vaidya Reddy .
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name: U.S. Attorney's Office for the Southern District of New York
Address: 86 Chambers Street, 3rd Floor, New York, NY 10007
Telephone: (212) 637-2699        Facsimile (212) 637-2786
E-Mail (Optional): joshua.kahane@usdoj.gov

I consent to the above substitution.

Date:

(Signature of Party (s))

I consent to being substituted.

Date: 8/11/2021

Kirti Reddy
*Digitally signed by Kirti Reddy*
*Date: 2021.08.11 12:57:38 -04'00'*

(Signature of Former Attorney (s))

I consent to the above substitution.

Date: 8/11/2021

JOSHUA KAHANE
*Digitally signed by JOSHUA KAHANE*
*Date: 2021.08.11 14:20:24 -04'00'*

(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: 8/11/2021

Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]