UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JAMAL ALTOWAITI, AMANI TAHIR ALTOWAITI, J.A. (1) (a minor child), J.A. (2) (a minor child), J.A. (3) (a minor child), M.A. (1) (a minor child), WEJDAN ASSAIDI, MAJED AL-SAIDI, ALI AL SORMI, *and* ABEER AL SORMI,

      Plaintiffs,

– against –

ACTING SECRETARY OF THE DEPARTMENT OF HOMELAND SECURITY, ACTING DIRECTOR OF CITIZENSHIP AND IMMIGRATION SERVICES, ACTING DIRECTOR USCIS NEW YORK DISTRICT, DIRECTOR NEW YORK CITY FIELD OFFICE,

      Defendants.

**ORDER**

18 Civ. 508 (ER)

Ramos, D.J.:

  Plaintiffs initiated this action in January 2018 by filing a complaint for declaratory and injunctive relief as well as a petition for a writ of mandamus. Doc. 6 at 2–29. Following motion practice, the Court dismissed various parties and directed the Clerk of Court to sever the case into three actions by family group. Doc. 100 at 14–15. The three severed actions were: (1) the Altowaiti Family, Case No. 21 Civ. 5987, (2) the Assaidi Family, Case No. 21 Civ. 5991, and (3) the Al Sormi Family, Case No. 21 Civ. 5995.

  The three severed actions have since been terminated or transferred out of this District. Accordingly, the Clerk of Court is respectfully directed to close this case, 18 Civ. 508.

  It is SO ORDERED.

Dated: October 11, 2022
    New York, New York

                      Edgardo Ramos, U.S.D.J.